








KAT   12/16/02   10:11
3:02-M -02868   USA V. DURAN
*1*
*CRCMP.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> BY: <br>     Plaintiff, ) <br> ) <br> v. ) <br> DURAN, FRANCISCO ) <br> A77 181 958 ) <br> ) <br>     Defendant. ) <br> ) | Magistrate Case No. 02 mg 2868 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Section 1326 <br> Attempted Re-Entry <br> After Deportation (Felony) |

The undersigned complainant, being duly sworn, states:

On or about **December 15, 2002**, within the Southern District of California, defendant **Francisco Duran**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **December, 2002.**

MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT RE:
DURAN, FRANCISCO
A77 181 958

## STATEMENT OF PROBABLE CAUSE

And the complainant further states that the officers' reports and the statement of the defendant, Francisco Duran, indicate that on December 15, 2002 at 11:37 PM at the San Ysidro Port of Entry, the defendant, Francisco DURAN, applied for entry into the United States from Mexico. The defendant was the driver of a white 1999 Toyota Corolla bearing California license 4FKK418, and he was accompanied by four passengers (Juan Duran, Joseph Rodriguez, Zulanna Rodriguez, and Rosalba Altamirano). The defendant declared to primary Immigration Inspector Pat Esquivel that he was a United States citizen, by birth in Los Angeles, California. When asked for identification, the defendant stated that he had none with him. Questioning the defendant's and Juan Duran's claims to citizenship, II Esquivel referred the vehicle to secondary for further inspection.

Once in secondary, a subsequent check in the IDENT system, via of official Records of the U-S- Immigration and Naturalization Service LA3 fingerprint and photo comparison, revealed a record match, indicating the defendant's identity as Francisco Duran, and citizenship of Mexico. Further checks indicated that the defendant had been deported on February 2, 1999 and February 27, 2002. Additional fingerprint comparison between the defendant's prints and those listed on the records confirmed the defendant's identity as Francisco Duran. The defendant was placed under arrest and advised of his rights on December 16, 2002 at 2:59 AM by SRI Gale, witnessed by II Stephan Hottya. The defendant agreed to answer questions, and stated that his true name is Francisco Duran, and that he is a citizen of Mexico with no legal right to enter into the United States. He admitted that he had been deported/removed on or about February 1999 and February 2002, and that he has not applied for a permit to re-enter into the United States legally following his deportations/removals. He stated that he was enroute to Fontana, California, where he had lived prior to his deportation.