USDC SCAN INDEX SHEET










CSG   1/17/03    13:50
3:03-CR-00140    USA V. DURAN
*5*
*CRINFO.*



FILED

JAN 16 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

03 CR 0140 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony) |
| FRANCISCO DURAN, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 15, 2002, within the Southern District of California, defendant FRANCISCO DURAN, did falsely and willfully represent to a United States Immigration Service Inspector, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States, whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: 1/16/03

CAROL C. LAM
United States Attorney

DAVID M. ORLAND
Assistant U.S. Attorney

DMO:kmm:San Diego
12/20/2002